## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Cincinnati Indemnity Company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Industrial & Environmental Concepts,<br>Inc. and Minn-Dak Farmers Cooperative,<br><br>　　　　Defendants. | Case No. 0:22-cv-01303-NEB-JFD<br><br>**ANSWER AND COUNTERCLAIM OF MINN-DAK FARMERS COOPERATIVE**<br><br>**DEMAND FOR JURY TRIAL** |

## ANSWER

Minn-Dak Farmers Cooperative ("MDFC") denies each and every allegation of the Complaint of The Cincinnati Indemnity Company ("Cincinnati"), except as specifically admitted, qualified, or duly explained below:

1. MDFC admits the allegations in paragraph 1.

2. MDFC admits the allegations in paragraph 2.

3. MDFC is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations in paragraph 3.

4. MDFC admits the allegations in paragraph 4.

5. MDFC admits the allegations in paragraph 5.

6. MDFC admits the allegations in paragraph 6.

7. MDFC admits the allegations in paragraph 7.

8. MDFC admits the allegations in paragraph 8, except to note that the exhibits to the "Underlying Complaint" were not attached to the Complaint herein.

9. As to paragraph 9, MDFC states that the allegations in the "Underlying Complaint" speak for themselves.

10. As to paragraph 10, MDFC states that the allegations in the "Underlying Complaint" speak for themselves.

11. As to paragraph 11, MDFC states that the allegations in the "Underlying Complaint" speak for themselves.

12. As to paragraph 12, MDFC states that the allegations in the "Underlying Complaint" speak for themselves.

13. As to paragraph 13, MDFC states that the allegations in the "Underlying Complaint" speak for themselves.

14. MDFC admits, on information and belief, the allegations in paragraph 14, except to state that it is without knowledge or information sufficient to form a belief as to whether a true and correct copy of the "Policy" is attached to the Complaint herein.

15. MDFC admits, on information and belief, the allegations in paragraph 15, except to state that it is without knowledge or information sufficient to form a belief as to whether the language of the "Policy" has been accurately quoted in the Complaint herein.

16. MDFC admits, on information and belief, the allegations in paragraph 16, except to state that it is without knowledge or information sufficient to form a belief as to whether the language of the "Policy" has been accurately quoted in the Complaint herein.

17. MDFC denies the allegations in paragraph 17.

18. With respect to paragraph 18, MDFC re-alleges and incorporates by reference the preceding paragraphs.

19. MDFC admits on information and belief the allegations in paragraph 19.

20. MDFC denies the allegations in paragraph 20.

21. MDFC denies the allegations in paragraph 21.

22. MDFC admits the allegations in paragraph 22.

23. MDFC denies the allegations in paragraph 23.

## AFFIRMATIVE DEFENSES

24. As and for its affirmative defenses, MDFC alleges that Cincinnati's claims are barred in whole or in part by the doctrines of laches, waiver or estoppel.

## COUNTERCLAIM

As and for its Counterclaim against Cincinnati, MDFC states and alleges as follows:

1. Pursuant to the terms of what the Complaint herein refers to as the "Policy" and applicable law, Cincinnati has a duty to defend and indemnify Industrial & Environmental Concepts, Inc. with respect to what the Complaint herein refers to as the "Underlying Compliant," and MDFC is entitled to a declaratory judgment to that effect.

## PRAYER FOR RELIEF

**WHEREFORE,** MDFC prays for the following relief:

1. That Plaintiff's claims be dismissed with prejudice;

2. That the Court declare, adjudge and determine that Cincinnati has a duty to defend and indemnify Industrial & Environmental Concepts, Inc. with respect to what the Complaint herein refers to as the "Underlying Compliant;" and

3. That MDFC be granted such other and further relief as the Court deems just and proper.

Dated: June 3, 2022

**BALLARD SPAHR LLP**

By: *s/ Jonathan M. Bye*
Jonathan M. Bye (#148830)
*byej@ballardspahr.com*
Conor H.M. Smith (#401445)
*smithchm@ballardspahr.com*
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-371-3211

**Attorneys for Defendant Minn-Dak Farmers Cooperative**